# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| T.A., | : |
| | : |
| Plaintiff, | : |
| | : |
| v. | : CASE NO. 3:25-CV-97-CDL-AGH |
| | : |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| | : |
| Defendant. | : |
| | : |

## ORDER

Defendant filed an unopposed motion to remand this case to the Commissioner for further action under sentence four of 42 U.S.C. § 405(g).  The Court considered the motion and the grounds articulated therein and reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g).  This case is consequently remanded to the Commissioner of Social Security.  On remand, the Commissioner will offer the Plaintiff an opportunity for an additional hearing and issue a new decision.

The Clerk of the Court is directed to enter a separate judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

SO ORDERED, this 1st day of December, 2025.

S/Clay D. Land
CLAY D. LAND
U.S DISTRICT COURT JUDGE
MIDDLE DISTRICT OF GEORGIA